UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GAYLE BIRKEN-SIKORA,
MATTHEW SIKORA, SUSAN
LEWIN, JEFFREY LEWIN, JON
LOKIETZ, CARYN BENDETOWIES
and RITA MARX, individually and on
behalf of others similarly situated

      Plaintiffs,

v.                                                          Case No:   2:16-cv-334-FtM-99CM

21ST CENTURY ONCOLOGY
HOLDINGS, INC., 21ST
CENTURY ONCOLOGY, LLC,
21ST CENTURY ONCOLOGY,
INC., 21ST CENTURY
ONCOLOGY MANAGEMENT
SERVICES, INC. and 21ST
CENTURY ONCOLOGY
SERVICES, LLC,

      Defendants.

---

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket. Pursuant to 28 U.S.C. §455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."   Importantly, "the benefit of the doubt must be resolved in favor of recusal."   *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).

ACCORDINGLY, it is hereby

**ORDERED:**

The Honorable Carol Mirando is hereby **RECUSED** from the instant case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record